

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2014

No. 04-14-00033-CV

Osbaldo A. **SAENZ** Jr.,
Appellant

v.

Osbaldo A. **SAENZ** Sr. and Maria Estela G. Saenz Trust through their Trustee Esther A.S. Salmon, Estela Tijerina, and the Estate of Alfredo Garza Tijerina, Deceased, Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-11-242
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

On May 16, 2014, appellant pro se Osbaldo A. Saenz Jr. filed a motion to supplement the appellate record with evidence Appellant states was not in the trial court's record. The motion includes approximately thirty-seven exhibits offered by Appellant.

Appellant's motion to supplement the appellate record with evidence not before the trial court is DENIED. *See Richards v. Comm'n for Lawyer Discipline*, 35 S.W.3d 243, 251 (Tex. App.—Houston [14th Dist.] 2000, no pet.) ("Rule 34.5(c), Texas Rules of Appellate Procedure, authorizes appellate courts to supplement the record; however, it does not allow the creation of a new trial court record.").

Appellant's brief was due on May 14, 2014. In Appellant's May 16, 2014 motion, he also moved this court to grant a thirty-day extension of time to file the brief. *See* TEX. R. APP. P. 10.5(b). Appellant's motion is GRANTED. *See id.* Appellant's brief is due on June 13, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2014.



Keith E. Hottle
Clerk of Court